UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NADINE WELLS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:23-cv-00584** |
| | * | |
| **WALMART INC.** | * | **MAGISTRATE** |
| | * | |
| | * | **JURY TRIAL** |

\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CORPORATE DISCLOSURE STATEMENT

Now comes Defendant, **WALMART INC.,** a foreign business entity, who files this Corporate Disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Federal Rule of Civil Procedure 7.1.

Walmart Inc., f/k/a Wal-Mart Stores, Inc., is a Delaware corporation with its principal place of business in Bentonville, Arkansas, and it is a publicly held company. No publicly traded entities hold 10% or more of the outstanding shares of Walmart Inc.

Dated this 27th day of April, 2023.

        Respectfully submitted,

        */s/ Christopher James-Lomax*
        **ISIDRO RENÉ DEROJAS, No. 18182**
        **CHRISTOPHER JAMES-LOMAX, No. 37174**
        **McCRANIE, SISTRUNK, ANZELMO,**
        **HARDY, McDANIEL & WELCH**
        909 Poydras Street, Suite 1000
        New Orleans, LA   70112
        Telephone:  (504) 831-0946
        Facsimile:  (800) 977-88210
        ird@mcsalaw.com
        cjl@mcsalaw.com
        ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Christopher James-Lomax*