UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NADINE WELLS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:23-cv-00584** |
| **WALMART INC.** | * | **SECTION "R"** |
| | * | **MAGISTRATE "2"** |

ORDER

CONSIDERING THE ABOVE AND FOREGOING:

**IT IS ORDERED** that William E. Mura, Jr. be withdrawn as counsel of record and that Christopher H. Sherwood be enrolled as the attorney of record in the above captioned matter.

New Orleans, Louisiana, this 24th day of May, 2023.

_Sarah Vance_
**JUDGE**