UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NADINE WELLS | CIVIL ACTION |
| VERSUS | NO. 23-584 |
| WALMART, INC. | SECTION "R" (2) |

### O R D E R

A review of the record indicates that service of the complaint has been made upon the defendant, Walmart, Inc., and the time to file responsive pleadings has expired. Accordingly;

IT IS ORDERED that on or before July 7, 2023, plaintiff shall obtain a responsive pleading or preliminary default on the served defendant. Failure to do so may result in the DISMISSAL of any such defendant, for failure to prosecute, without any further notice.

New Orleans, Louisiana, this  6th   day of June 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE